IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ROSARIO CAMARILLO-CABELLO, § | | |
| INDIVIDUALLY AND AS NEXT FRIEND § | | |
| OF MIGUEL ANGEL CABELLO, A MINOR § | | |
| § | | |
| V. § | | CIVIL NO. 5:22-cv-00006 |
| § | | |
| BUCHHEIT TRUCKING SERVICE, INC. § | | |
| MICHAEL SCOTT FRENCH, AND THE § | | |
| ESTATE OF JESUS TAPIA, JR. § | | |

## SUPPLEMENT TO JS 44 CIVIL COVER SHEET

**WAS A JURY DEMAND MADE IN STATE COURT?    YES OR NO?**

    Yes.

**IF "YES," BY WHICH PARTY AND WHAT DATE?**

    Plaintiffs Rosario Camarillo-Cabello individually and a/n/f Miguel Angel Cabello 10/17/19

**STYLE OF ORIGINAL PETITION:**

    Cause No. 2019CVA002071-D3; *Rosario Camarillo-Cabello, Individually A/N/F of Miguel Angel Cabello, a Minor; et al v. Buchheit Trucking Service, Inc. and Scott Michael French*; In the 341st District Court, Webb County, Texas

**Please underline all Plaintiffs, Defendants, and Intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named, and include the attorney's firm name, mailing address, and phone number, including the area code.**

    **(1) ROSARIO CAMARILLO CABELLO AND MINOR SON MIGUEL ANGEL CABELLO - PLAINTIFFS**
Uriel Druker
GONZALEZ DRUKER LAW FIRM, PLLC
1119 Houston Street
Laredo, TX 78040
Telephone: (956) 728-9191
Facsimile: (956) 452-9990
firm@gdlfirm.com

    **(2) BUCHHEIT TRUCKING SERVICE INC. - DEFENDANT**
Mr. Larry D. Warren
State Bar No. 2088450
Georgina E. Buckley
State Bar No. 24097434
Naman Howell Smith & Lee, PLLC

10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 731-2950
lwarren@namanhowell.com
gbuckley@namanhowell.com

**(3) SCOTT FRENCH – DEFENDANT**
Robert A. Valadez
Shelton & Valadez, P.C.
600 Navarro, Ste. 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
rvaladez@shelton-valadez.com

**(4) JESUS TAPIA III. AND THE ESTATE OF JESUS TAPIA JR. – CROSS PLAINTIFFS/DEFENDANT**
Roderick Lopez, P.C.
6557 Metro Court, Ste, 1
Laredo, Texas 78041
Telephone: (956) 568-5028
Facsimile: (956) 728-0883
filings@rlopezpc.com

**(5) MATT MILLER. – DEFENDANT SUBJECT TO PENDING SPECIAL APPEARANCE**
Mr. Larry D. Warren
State Bar No. 2088450
Georgina E. Buckley
State Bar No. 24097434
Naman Howell Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 731-2950
lwarren@namanhowell.com
gbuckley@namanhowell.com

**(6) BUCHHEIT LOGISTICS INC. – DEFENDANT SUBJECT TO PENDING SPECIAL APPEARANCE**
Mr. Larry D. Warren
State Bar No. 2088450
Georgina E. Buckley
State Bar No. 24097434
Naman Howell Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 731-2950
lwarren@namanhowell.com

gbuckley@namanhowell.com

**COUNTERCLAIMS, CROSS-CLAIMS AND/OR THIRD-PARTY CLAIMS**

(**Please list separately, each Counterclaim, Cross-Claim, or Third-Party Claim still remaining in the case, and designate the nature of such claim.  For each Counterclaim, Cross-Claim or Third-Party Claim, please include all Plaintiffs, Defendants, and Intervenors still remaining in the case.  Also list the attorneys of record for each party named, and include the attorney's firm name, filing address, and phone number, including the area code.)**

**(7) JESUS TAPIA III. AND THE ESTATE OF JESUS TAPIA JR. – CROSS PLAINTIFFS/DEFENDANT**

On 10/21/19, Jesus Tapia III individually, and on behalf of the Estate of Jesus Tapia Jr. file an Original Answer to Plaintiffs' Original Petition and made a Cross Claim against Defendants Scott Michael French and Buchheit Trucking Service Inc., for causes of action of negligence and negligence *per se* relating to the motor vehicle accident on September 11, 2019

Roderick Lopez, P.C.
6557 Metro Court, Ste, 1
Laredo, Texas 78041
Telephone: (956) 568-5028
Facsimile: (956) 728-0883
filings@rlopezpc.com
**ATTORNEY FOR DEFENDANT/CROSS-PLAINTIFF**

DATED:  **January 30, 2022**

Respectfully submitted,

 /s/ *Georgina E. Buckley*
LARRY D. WARREN
State Bar No. 20888450
FBN: 13339
GEORGINA E. BUCKLEY
State Bar No. 24079434
**ATTORNEYS FOR DEFENDANT BUCHHEIT TRUCKING SERVICE, INC., and DEFENDANTS MATT MILLER AND BUCHHEIT LOGISTICS INC. SUBJECT TO THEIR SPECIAL APPEARANCES**

OF COUNSEL

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

Doc# 6GS4261

/s/ *Robert Valadez*
ROBERT A. VALADEZ
State Bar No. 20421845
SHELTON & VALADEZ, P.C.
Shelton & Valadez, P.C.
600 Navarro, Ste. 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
rvaladez@shelton-valadez.com
**ATTORNEY FOR SCOTT FRENCH**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January 2022, the foregoing was e-filed with the Clerk of Court using the CM/ECF system, and was served on counsel via ***Email:***

Roderick Lopez, P.C.
6557 Metro Court, Ste, 1
Laredo, Texas 78041
Telephone: (956) 568-5028
Facsimile: (956) 728-0883
filings@rlopezpc.com
**ATTORNEY FOR DEFENDANT/CROSS-PLAINTIFF,**
**THE ESTATE OF JESUS TAPIA, JR.**

Uriel Druker
GONZALEZ DRUCKER LAW FIRM, PLLC
1119 Houston Street
Laredo, TX 78040
Telephone: (956) 728-9191
Facsimile: (956) 452-9990
firm@gdlfirm.com
**ATTORNEYS FOR ROSARIO CAMARILLO-CABELLO AND**
**MINOR SON, MIGUEL ANGEL CABELLO**

/s/ *Georgina E. Buckley*
GEORGINA E. BUCKLEY

Doc# 6GS4261

4